**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

N.E.G.,                                     :    No. 83 MM 2023
                                            :
       Petitioner                  :    Application for the Exercise of King's
                                            :    Bench Power or Extraordinary
                                            :    Jurisdiction
     v.                              :
                                            :
                                            :
J.Z.M. AND JUDGE KELLY C. WALL,             :
                                            :
       Respondents                 :


**ORDER**


**PER CURIAM**

    **AND NOW**, this 17th day of August, 2023, it is hereby ordered:


1.    Petitioner's Application for Leave to File a Supplement to July 14, 2023 Application for the Exercise of King's Bench Power or Extraordinary Jurisdiction is **GRANTED**, and the Prothonotary is directed to accept for filing and docket the supplement attached thereto;

2.    Petitioner's Application for Leave to File a Second Supplement to July 14, 2023 Application for the Exercise of King's Bench Power or Extraordinary Jurisdiction is **GRANTED**, and the Prothonotary is directed to accept for filing and docket the supplement attached thereto;

3.    Petitioner's Application for the Exercise of King's Bench Power or Extraordinary Jurisdiction is **DENIED**;  and

4.    Respondent's request for imposition of costs and attorney's fees is **DENIED**.